UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOANI JUAREZ MONCADA (A-201-981-174),

       Petitioner,

    v.

WARDEN, CALIFORNIA CITYDETENTION CENTER,

       Respondent.

No.  1:26-cv-3027 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Liberally construed, petitioner alleges that his detention violates his right to due process.  (ECF No. 1.)  On May 29, 2026, respondents filed a status report indicating that on May 7, 2026, an immigration judge granted petitioner's request for voluntary departure, and on or about May 18, 2026, petitioner departed the United States, and is no longer in immigration custody.  (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated:  June 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/monc3027.osc

1