UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOANI JUAREZ MONCADA,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-03027-DAD-CSK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS AS MOOT

(Doc. Nos. 6, 12)

Petitioner Yoani Juarez Moncada is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 12.) Specifically, the magistrate judge found that petitioner had voluntarily departed the United States and was properly served with an order to show cause why the petition should not be dismissed as moot as a result. (*Id.* at 1–2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

/////

fourteen (14) days after service. (*Id.* at 3.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 24, 2026 (Doc. No. 12) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED as having been rendered moot;
3. Respondent's motion to dismiss (Doc. No. 6) is DENIED as having been rendered moot by this order; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE